United States Courts
Southern District of Texas
F I L E D

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

SEP 1 8 2025

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | CRIMINAL No. **4:25-cr-0489** |
| PATRICK JOHN LYONS | § | |

### INFORMATION

**THE UNITED STATES ATTORNY CHARGES THAT:**

### COUNT ONE

#### (Title 18, U.S.C., §1001(a)(3) False Statements)

On or about March 18, 2025, and continuing through on or about April 28, 2025, in the

Southern District of Texas and elsewhere within the jurisdiction of the Court,

### PATRICK JOHN LYONS,

the defendant herein, did knowingly and willfully make and use a false document, namely an

aircraft maintenance record, knowing that the document contained materially false statements.

In violation of Title 18, United States Code, Section 1001(a)(3)

**NICHOLAS J. GANJEI**
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TX
BY:

*Craig M. Feazel*
Craig M. Feazel
Assistant United States Attorney
713-567-9000

*S. Mark McIntyre*
S. Mark McIntyre
Assistant United States Attorney
713-567-9000

1