USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

No. **4:25-cr-0489**

USAO#: 2025R11817

United States Courts
Southern District of Texas
Filed: **FILED** *September 18, 2025*   Judge: **Ellison**

**CRIMINAL INFORMATION**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:
NICHOLAS J. GANJEI, USA                  (713) 567-9000
CRAIG M. FEAZEL, AUSA                    (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| PATRICK JOHN LYONS | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Ct 1: False Statements [Title 18, U.S.C., §1001(a)(3)]

Charges Total Counts (1)

**PENALTY:**
Ct. 1: Up to 5 years imprisonment and/or $250,000.00 fine; 3 years SRT; $100 SA

☐ In Jail

☐ On Bond                              NAME & ADDRESS
                                        of Surety

☐ No Arrest

## PROCEEDINGS: