IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 4:25-cr-0489 |
| PATRICK JOHN LYONS | § | |

### REQUEST FOR ISSUANCE OF SUMMONS

COMES NOW the United States of America, by and through Nicholas Ganjei, United States Attorney, and Craig M. Feazel, Assistant United States Attorney for the Southern District of Texas, and requests this Honorable Court to order issuance of a SUMMONS for defendant Patrick John Lyons.

A Criminal Information has been filed against the defendant, and it is requested that a summons be issued for the appearance of the defendant, by providing service to his attorney at the following address:

Gary L. Evans
Texas Aviation Law, P.C.
P.O. Box 1007
New Waverly, Texas 77358
(866) 739-5554 (main)
(832) 541-8037 (direct)
evans@texasaviationlaw.com

                                      Respectfully submitted,
                                      NICHOLAS J. GANJEI
                                      United States Attorney

                                      *Craig M. Feazel*

                                      Craig M. Feazel
                                      Assistant United States Attorney
                                      713.567.9578