IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | CRIMINAL NO. 4:25-cr-0489 |
| PATRICK JOHN LYONS | § | |

### ORDER FOR ISSUANCE OF SUMMONS

A CRIMINAL INFORMATION has been filed against the defendant who is not in custody.

It is ORDERED that a summons be issued for the appearance of said defendant in the Southern District of Texas – Houston Division, on September 26, 2025, at 10:00 A.M. Upon appearance, a judicial determination shall be made as to conditions of release.

The United States Government recommends to the court the following conditions of release. Appearance Bond in the Amount $20,000.00, unsecured.

It is further ORDERED that SUMMONS be issued for the appearance of said defendant is to be served through the defendant's attorney at the following address:

Gary L. Evans
Texas Aviation Law, P.C.
P.O. Box 1007
New Waverly, Texas 77358
(866) 739-5554 (main)
(832) 541-8037 (direct)
evans@texasaviationlaw.com

SIGNED at Houston, Texas, on September 18, 2025.

*Yvonne Y. Ho*
UNITED STATES MAGISTRATE JUDGE