# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case H- **4:25-CR-489** |
| **Patrick John Lyons** | ) ) ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: **September 26, 2025**

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

**Gary L. Evans**
*Printed name of defendant's attorney*

_____
*Judge's signature*

**Richard W. Bennett US MJ**
*Judge's printed name and title*